# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**LEONARDO COMESANAS,**

     **Plaintiff,**

**v.**                                  **Case No. 5:18cv268-TKW-MJF**

**JULIE L. JONES, et al.,**

     **Defendants.**

_____/

## O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 23). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that the claim against Defendant Julie L. Jones is due to be dismissed. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claim against Defendant Julie L. Jones is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1).

3. The case is remanded to the magistrate judge for further proceedings on the claims against Defendants Shield and Pell.

**DONE and ORDERED** this 4th day of November, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**