PROVIDED TO AVON PARK
CORRECTIONAL INSTITUTION
On 11-26-19 FOR MAILING
BY [signature]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

"FOURTH AMENDED COMPLAINT"

**LEONARDO COMESANAS**,

Inmate ID Number: **M27078**,

v.

**D.O.C. OFFICER "Michael Pell"**,
**Captain Shield**,
_____,
_____,
_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

CASE NO: **5:18-cv-268-TKW/MJF**

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

FILED USDC FLND PN
DEC 4 '19 PM1:10

I.   **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Leonardo Comeñanas
Inmate Number: M27078
Prison or Jail: Prison
Mailing address: Avon Park C.I
8100 Hwy 64 East
Avon Park, FL, 33825

II.   **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)   Defendant's name: "Michael Pell"
      Official position: Corrections Officer
      Employed at: Gulf C.I.
      Mailing address: Gulf Correctional
      Ike Steele Rd Wewachitcka FL, 32465

(2)   Defendant's name: Shield
      Official position: D.O.C. Captain
      Employed at: Gulf C.I.
      Mailing address: Ike Steele Road
      Wewachitchka FL, 32465

(3)   Defendant's name: 
      Official position: 
      Employed at: 
      Mailing address: 

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

III.     **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV.     **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

    A.     Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
           Yes( )         No(✓)

        1.     Parties to previous action:
           (a)     Plaintiff(s): __N/A__
           (b)     Defendant(s): _____
        2.     Name of judge: _____     Case #: _____
        3.     County and judicial circuit: _____
        4.     Approximate filing date: _____
        5.     If not still pending, date of dismissal: _____
        6.     Reason for dismissal: _____
        7.     Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

    B.     Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
           Yes( )         No(✓)

        1.     Parties to previous action:
           a.     Plaintiff(s): __N/A__
           b.     Defendant(s): _____
        2.     District and judicial division: _____
        3.     Name of judge: _____     Case #: _____
        4.     Approximate filing date: _____
        5.     If not still pending, date of dismissal: _____
        6.     Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )            No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): ~~N/A~~
   b. Defendant(s): ~~N/A~~
2. District and judicial division: ~~N/A~~
3. Name of judge: _____    Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )            No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): ~~N/A~~
   b. Defendant(s): ~~N/A~~
2. District and judicial division: ~~N/A~~
3. Name of judge: _____    Case Docket # _____
4. Approximate filing date: _____    Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: <u>5:18-cv-268-TKW/MJF</u>

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On exactly 7/7/16 I was viscously attacked by an inmate at Gulf Correctional Institution which left me with a clear and visible wound (slash wound) on my face. On exactly 7/6/16 the day prior to the above mentioned incident I was located inside my cell at the Gulf Correctional Main Unit Dorm F-1 (Room #207-Lower) as I awaited for my cell door to open so that I could head off to work. I currently worked for Defendant (#1) Michael Pell, employed corrections officer at the time in which my daily duties were to assist him at that time in the packing of property of two inmates who were located in the F1 Dorm area because they went to confinement under Investigation. As I was packing the property of the two inmates within the officer's station I was then alone with Defendant (#1) Michael Pell, who then began to ask me some questions. Defendant (1st) Michael Pell first explained to me while I was alone with him that "Someone wrote a request warning the staff administration that two inmates were planning to stab Defendant (1st) Officer Michael Pell, and so he then asked me who was behind this "Planned Attack"? I then responded advising him that I had no knowledge of this and did not know who was behind this "Planned Attack" on his life. Defendant (1st) Michael Pell, did not believe me and so he then got very

5

upset with me because the request came from my dorm (Dorm F-1) and he felt that his life was in danger and that in my refusal to inquire to other inmates about the request as I told him that I had "ZERO" involvement AND he became even more vexed at me in his disbelief and angry and then he began to call Defendant (#2) Captain Shields, and asked him about the validity of the request on whether or not It might be a hoax? or not because one of Defendant (1st) Michael Pell's inmate workers told him about the request notification on his life but the request notice contained 'NO' name. The worker of for Defendant (1st) Michael Pell, advised him that he heard that the threat on his life was made due to Defendant (1st) Michael Pell's, exessively placeing many inmates into confinement which then provoked a plot on his life to which all of this was said over the phone in my presence by Defendant (1st) Michael Pell, to Defendant (2nd) Captain Shields, and after Defendant (1st) Michael Pell, hung up the phone he then ordered me to return to my dorm. Upon my return to the F-1 Dormitory during the finalization of the shift change hours, I was then approached by several inmates the very next day who then began to question me about my encounter with prison officials that was talked about and that approximately (six #6 grams of K-2 Drugs) was confiscated from an inmate located in the F-2 dormitory to which the inmate was then placed into confinement pending an investigation. It was then believed by the inmates that I might have confidentially informed against the inmate to whom at the time was being held in confinement pending an investigation. At that very moment I advised the individuals who confronted me that I was not an informant and that I knew nothing. I then that day, 7/7/16 went to the Recreation yard to see some of my friends and as I was walking with my friends I observed as an inmate who began running in

6

my direction and as I then motioned to the opposite direction for the inmates to pass one of them cut/slashed the side of my facial area area in a crearly obvious and apparant attack and/or attempt on my life. I felt both phisically and clearly as blood discharged from my facial area, from one side as I touched the side of my face and felt the blood and saw as both my hands were soaked in blood as a direct result of the attack which occured. The attack against myself occured next to the recreation gate when eventually soon enough I was seen by a sergeant who then ~~assisted me~~ escorted me to the infirmary. Defendant #(2) Captain ~~Shields~~ Shiel, then asked myself after the ~~incodent~~ inncodent if I knew who was responsible for this attack against me. I then told Defendant #(2) Captain Shiel, that I did not know who did this to me, and so I was then sent to confinement. While confined into the Administrative confinement pending transfer there was a time of the day when someone slipped a note ~~into~~ underneath my cell door to which I then picked up to ~~you~~ open and read. The short letter ventured from beginning to end explaining the reason why I was attacked and why exactly was my face dilibrently cut. The note clearly and further explained from inception to end exactly who was behind the vicious attack against me that day. The note stated and ~~advised~~ advised that Defendant #(2) Captain Shiel, went around telling inmates that I told Defendant #(1) Michael Pell,

that he was going to be stabbed and advised him about the threating 'request notice'. He also told inmates according to the "note" that I was responsible for both reasons as to why some inmates were picked up and placed under investigation because of the threating letter notice and request obtained by prison officials and also because some inmates were picked up that was arrested for possesion of 6 grams of K-2 that was confiscated by prison officials. This was the reason which resulted in my face being cut and slashed open therefore marking me as an "informant" and viscously having left me phisically injured with a permanently remaining 'scar' to the "left side" of my face therefore leaving me with a permenant disfigurement for the rest of my life. I was also seen by Defendant (2#) Michael Pell, while in confinement at my front door and he verbally and clearly translated to me further details within the Note even the portion stateing how I was responsible for why the inmates (K-2 Drugs of 6 sixgrams) were confiscated he told me that I was going to be transferred and he left taking also the note with him. I then filed a D.O.C. F303 Formal grievance form pursuant to my situation and grieved and argued my cause via the formal grievance process which was later denied upon my transfer to Avon Park C.I. when I received it.

## "CONCLUSION"

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

My eighth amendment rights were violated also both Defendants (1st) Michael Pell, Defendant (2nd) Captain Shield, are in violations of 768. F.S. Negligent were both defendants displayed by their actions as outlined in the Statement of facts supra, wilful disregard and wanton for my human rights and safety and by their negligent actions the result was my injuries.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I am seeking relief for compensatory damages in the sum certain amount of 1,000,000.00 "ONE MILLION DOLLARS AND ZERO CENTS" for phisical irreparable damages to my face which resulted in a permenant scar, also ptsd post traumatic stress disorder and emotional pain.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

11/28/19
(Date)

Leonardo Comesanas
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the 11 day of 28, 2019.

Leonardo Comesanas
Signature of Plaintiff

Revised 03/07

Leonard Coumonwealth # M-27017
Union York Correctional Institutional
100 Hwy 64 E
Union Park, FL 33825

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION



ZIP 33825
02 4W
0000367620 DEC 02 2019
U.S. POSTAGE >> PITNEY BOWES
$ 000.65⁰

CLERK U.S DISTRICT COURT
100 N. PALAFOX ST
PENSACOLA, FL 32502